Trustee Copy

United States Bankruptcy Court
for the Northern District of Illinois Eastern Division

IN RE:  Spicer Sr, Robert Andre                    )          Case No.  09 B 01956
                                                              )          Judge  A. Benjamin Goldgar
                                                                         Date   08/09/11


                                                                         Debtor Attorney:

                                                                         Robert J Semrad & Associates
                                                                         20 S Clark St 28th Flr
                                                                         Chicago, IL  60603

Robert Andre Spicer Sr
8154 S Michigan
Chicago, IL  60619                                                       Mail



Mail

---

### *Notice of Payment of Final Mortgage Cure Amount*
### *NOTE: Please refer to the confirmed plan to see if this notice applies to you.*

1)   The Trustee's records indicate that in the above case the pre-petition mortgage arrears claim of Wells
     Fargo Home Mortgage; Account No: 1686; in the amount of $2,857.59 has been paid in full.

2)   The holder is required to treat the mortgage as reinstated and fully current unless the debtor has
     failed to make timely payments of postpetition obligations.

3)   If the debtor has failed to make timely payments of any postpetition obligations, the holder is required to
     itemize all outstanding payment obligations as of the date of the notice, and file a statement of these
     obligations with the court, giving notice to the standing trustee, the debtor, and any attorney for the
     debtor, within 60 days of service of the notice from the trustee (or longer time as the court may order).

4)   If the holder fails to file and serve a statement of outstanding obligations within the required time, the
     holder is required to treat the mortgage as reinstated according to its original terms, fully current as of the
     date of the trustee's notice.

5)   If the holder does serve a statement of outstanding obligations within the required time, the debtor may
     (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed
     with the court, on notice to the holder and the standing trustee, with the court resolving the challenge as a
     contested matter, or
     (ii) propose a modified plan to provide for payment of additional amounts that the debtor acknowledges
     or the court determines to be due.

6)   To the extent that amounts set forth on a timely filed statement of outstanding obligations are not
     determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of
     the holder to collect these amounts will be unaffected.

7)   No liability shall result from any nonwillful failure of the trustee to serve the notice required.

Office of the Chapter 13 Trustee                          Creditor Address:
Suite 800
224 South Michigan Avenue                                 Wells Fargo Home Mortgage
Chicago, IL  60604-2500                                   MAC X2501-01F
(312) 431-1300                                            One Home Campus
                                                          Des Moines, IA  50328


                                                          Mail